# IN THE UNITED STATES
# THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ANGELA COWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 21-cv-478-NJR |
| ILLINOIS DEPARTMENT OF | ) | |
| HUMAN SERVICES d/b/a CHESTER | ) | |
| MENTAL HEALTH HOSPITAL, | ) | |
| TRAVIS NOTTMEIER, | ) | |
| JAMIA KLAUSING, and | ) | |
| JESSICA LAWSON | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF NON-COMPLIANCE BY DEFENDANT WITH THE COURT'S ORDER TO PAY SANCTIONS BY DECEMBER 7, 2022

NOW COMES Plaintiff, Angela Cowell, by and through her attorney, Shari R. Rhode of the Rhode Law Firm, and for her Notice of Non-Compliance by Defendant with the Court's Order to Pay Sanctions by December 7, 2022, states as follow:

1. On October 7, 2022, the Court ordered Defendant to pay sanctions in the amount of $1,350.00. (Doc. 51).

2. On November 7, 2022, the Defendant's filed a Motion for Extension of Time to pay the awarded attorney's Fees. (Doc. 54)

3. On November 8, 2022, the Court granted the Motion for Extension of Time to pay the awarded attorney's fees. Specifically, the Court stated that "the awarded attorney's fees *shall* be paid on or before December 7, 2022, and no further extension will be granted". (emphasis added). (Doc. 55).

4. On December 6, 2022, at 3:41 p.m., Defendant's counsel emailed the undersigned

and asked for her FEIN number and it was immediately sent to Defendant.

5. On December 13, 2022, the undersigned counsel emailed Defendant's counsel, Thomas Ewick, who confirmed that no payment had yet been made.

>Respectfully submitted
>Angela Cowell, Plaintiff
>
>By: /s/ Shari R. Rhode
>Shari R. Rhode, Attorney for Plaintiff
>Bar No. 2324598
>Rhode Law Firm
>1405 West Main Street
>Carbondale, IL 62901
>Phone: 618.549.4287
>Fax: 618.549.4343
>Email: shari@rhodelawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2022, the foregoing document, Notice of Non-Compliance by Defendant with the Court's Order to Pay Sanctions by December 7, 2022, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Thomas R. Ewick, #6279084
>Assistant Attorney General
>500 South Second Street
>Springfield, Illinois 62706
>Phone: 217.782.2077
>Fax: 217.524.5091
>Email: Thomas.Ewick@ILAG.gov

via electronic service.

>/s/ Shari R. Rhode
>Shari R. Rhode