## IN THE UNITED STATES
## THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANGELA COWELL,                                     ) | |
|         Plaintiff,                          ) | |
| vs.                                                 )  Case No. 21-cv-478-NJR | |
| ILLINOIS DEPARTMENT OF HUMAN SERVICES d/b/a CHESTER MENTAL HEALTH HOSPITAL, TRAVIS NOTTMEIER, JAMIA KLAUSING, and JESSICA LAWSON                     ) | |
|         Defendants.                 ) | |

## NOTICE TO THE COURT REGARDING SANCTION ORDER OF OCTOBER 7, 2022 (DOC. 51)

NOW COMES Plaintiff Angela Cowell ("Cowell") by and through her attorney, Shari R. Rhode of the Rhode Law Firm, and for her Notice to the Court Regarding Sanction Order of October 7, 2022, states as follows:

1. On October 7, 2022, the Court ordered Defendants to pay $1350 in sanctions. (Doc. 51).

2. On February 21, 2023, the Court held a Show Cause Hearing which included the status of the $1350 payment.

3. When the Court learned it had not been paid, the Judge requested Plaintiff's counsel to advise the Court on receipt of the payment of the $1350.

4. On February 23, 2023, the Court entered another sanction Order for $2250 to be paid on or before March 29, 2023. (Doc. 78)

5.      On March 29, 2023, Defendant filed a request for an additional thirty (30) days to pay the second sanction. (Doc. 82).

6.      On March 21, 2023, the undersigned counsel sent an email to Defendants' counsel, Thomas Ewick, regarding the status of the $1350 payment.

7.      In response, the undersigned counsel was advised by Attorney Ewick that the Office of the Comptroller advised him the undersigned could "expect payment in about fifteen (15) business days (i.e. 3 weeks).

>Respectfully submitted
>Angela Cowell, Plaintiff
>
>By: /s/ Shari R. Rhode
>Shari R. Rhode, Attorney for Plaintiff
>Bar No. 2324598
>Rhode Law Firm
>1405 West Main Street
>Carbondale, IL 62901
>Phone: 618.549.4287
>Fax: 618.549.4343
>Email: shari@rhodelawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2023, the foregoing document, Notice to the Court Regarding Sanction Order of October 7, 2022, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to the following:

>Martin Plute #6330296
>Assistant Attorney General
>201 West Pointe Dr. Suite 7
>Swansea, IL  62226
>Phone: 217.557-7081
>Fax:  618.236.8620
>Email: martin.plute@ilag.gov

via electronic service.

>/s/ Shari R. Rhode
>Shari R. Rhode