IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANGELA COWELL,

       Plaintiff,

v.

ILLINOIS DEPARTMENT OF HUMAN
SERVICES,
TRAVIS NOTTMEIER,
JAIMA KLAUSING,
AND JESSICA LAWSON,

       Defendants.

Case No. 3:21-CV-00478-NJR

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Orders of August 16, 2024 (Doc. 164), October 11, 2024 (Doc. 166), and November 14, 2024 (Doc. 170), reflecting the settlement of the parties, Defendant Illinois Department of Human Services is **DISMISSED with prejudice.**

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Court's Order of February 12, 2024 (Doc. 144), Defendants Travis Nottmeier, Jaima Klausing, and Jessica Lawson were **DISMISSED with prejudice.**

**IT IS FURTHER ORDERED AND ADJUDGED** that this entire action is **DISMISSED with prejudice and the case is closed**.

DATED: December 13, 2024

                                                      MONICA A. STUMP,
                                                      Clerk of Court

                                                      By: *s/ Deana Brinkley*
                                                            Deputy Clerk

APPROVED: _____
                      **NANCY J. ROSENSTENGEL**
                      **Chief U.S. District Judge**